## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**THERESA KENDRICK**                                                           **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO.  3:05CV00788 HTW-LRA**

**BOO NOBLE ENTERPRISES,**
**INCORPORATED; QUE SERA I**
**AND QUE SERA II**                                                 **DEFENDANTS**

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on the motion of the Plaintiff, *ore tenus,* to dismiss this cause of action against the Defendants, with prejudice, and this Court having considered the same, and being fully advised in the premises, is of the opinion that said motion is well taken, and the same is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause of action against DEFENDANTS  is hereby dismissed, with prejudice, with each party to bear their respective cost.

SO ORDERED AND ADJUDGED, this the 20th day of November, 2008.

                                                        s/ HENRY T. WINGATE
                                                        CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

 S/ Doug Wade
DOUG WADE - BAR # _____
ATTORNEY FOR PLAINTIFF

APPROVED:

 S/Hugh W. Tedder, Jr.
HUGH W. TEDDER, JR. - BAR # 8008
ATTORNEY FOR DEFENDANTS